No. 04–9904. WARREN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–9911. CALDERON-BELTRAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–9923. MANDEFRO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–9934. MCNAIR, AKA SMITH *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–9936. PAZ-AGUIRRE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–9937. MIJARES-ANDRADE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–9956. JACKSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–908. YARBOROUGH, WARDEN *v.* MAXWELL. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 04–1299. STAJANO ET AL. *v.* UNITED TECHNOLOGIES CORP. ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–7212. PLATA *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Motion of petitioner to stay further proceedings denied. Certiorari denied.